**STATE of Missouri, Respondent,**

v.

**Stanley P. JACKSON, Appellant.**

**No. WD 51298.**

Missouri Court of Appeals,
Western District.

June 18, 1996.

George A. Wheeler, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Joiner, Asst. Atty. Gen., Jefferson City, for respondent.

Before EDWIN H. SMITH, P.J., and BRECKENRIDGE and ELLIS, JJ.

### *ORDER*

PER CURIAM.

Appeal of conviction of murder in the second degree, § 565.021.1, RSMo 1994, and armed criminal action, § 571.015, following a jury trial.

Judgment affirmed. Rule 30.25(b).

▮.

**Jazek L. WINSTEAD, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 51084.**

Missouri Court of Appeals,
Western District.

June 18, 1996.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Michael W. Bradley, Asst. Attorney General, Jefferson City, for respondent.

Before EDWIN H. SMITH, P.J., and BRECKENRIDGE and ELLIS, JJ.

### *ORDER*

PER CURIAM.

Appeal from the denial of Rule 24.035 motion for post-conviction relief after an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).